**Richard D. COOPER, Plaintiff–Appellant,**

v.

**FEMI, Sergeant, CO3; Johnson, Corporal, CO2; McDowell, Corporal, CO2; Goss, Corporal, CO2; W.C.I. Property Room Officers, 8–4 shift, 4–12 shift; John P. Galley, Warden; Commissioner of Corrections; Likin, Corporal, Defendants–Appellees.**

No. 08–7655.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 4, 2008.

Decided: Jan. 12, 2009.

Richard D. Cooper, Appellant Pro Se. Phillip Michael Pickus, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard D. Cooper seeks to appeal the district court's order granting summary judgment to the Defendants on his 42 U.S.C. § 1983 (2000) action. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R.App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5), or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Dir., Dep't of Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson*, 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on July 10, 2008. The notice of appeal was filed on August 14, 2008.*

---

* For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date it could have been properly delivered to prison officials for mailing to the court. Fed. R.App. P. 4(c); *Houston v. Lack*, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

Because Cooper failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*